ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 1 5 2017

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANDARRICK BARNES<br>A/K/A "SEAN" BARNES | Criminal Indictment<br><br>No. 1:17CR275<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

**Count One**

From a date unknown until on or about September 11, 2015, in the Northern District of Georgia, the defendant, Shandarrick Barnes, knowingly and intentionally combined, conspired, agreed and had tacit understanding with persons known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1512(d)(2), that is, to intentionally harass another person, E.M. and thereby hinder, delay, and prevent such person from reporting to a law enforcement officer the possible commission of a federal offense, all in violation of Title 18, United States Code, Section 1512(k).

**Count Two**

On or about September 11, 2015, in the Northern District of Georgia, the defendant, Shandarrick Barnes, knowingly used and attempted to use intimidation and threats against E.M., with the intent to hinder, delay and prevent the communication to a law enforcement officer of information relating

to the possible commission of a federal offense, in violation of Title 18, United States Code, Sections 1512(b)(3) and 2.

### Count Three

On or about September 11, 2015, in the Northern District of Georgia, the defendant, Shandarrick Barnes, intentionally harassed and attempted to harass another person, E.M., and thereby attempted to hinder, delay, and prevent E.M. from reporting to a law enforcement officer the possible commission of a federal offense, in violation of Title 18, United States Code, Sections 1512(d)(2) and 2.

### Count Four

On or about September 11, 2015, in the Northern District of Georgia, the defendant, Shandarrick Barnes, knowingly engaged in conduct and thereby caused damage to the tangible property of another person, that is, E.M., with the intent to retaliate against E.M. for giving to a law enforcement officer information relating to the possible commission of a federal offense, in violation of Title 18, United States Code, Sections 1513(b)(2) and 2.

### Count Five

On or about September 11, 2015, in the Northern District of Georgia, the defendant, Shandarrick Barnes, knowingly, with the intent to retaliate, took an action harmful to a person, that is, E.M., for providing truthful information to a

law enforcement officer relating to the possible commission of a federal offense, in violation of Title 18, United States Code, Sections 1513(e) and 2.

A _____ BILL

FOREPERSON

JOHN A. HORN
  *United States Attorney*

KURT R. ERSKINE
  *First Assistant United States Attorney*
Georgia Bar No. 249953

JEFFREY W. DAVIS
  *Assistant United States Attorney*
Georgia Bar No. 426418